**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In Re: **CATHY MICKENS**                                    Case No. 19-31323-KLP
    **2621 Reba Court**                                   Chapter 7
    **Glen Allen, VA  23060**
    **SSN: xxx-xx-2707**
        **Debtor.**

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** Roy M. Terry, Jr., Chapter 7 Trustee, by counsel, has filed the *Trustee's Application to Retain BK Global Real Estate Services and Deborah Bacchus of My Dream Home Realty, Inc. to Procure Consented Public Sale and Memorandum in Support Thereof* (the "**Motion**").  A copy of the Motion is attached hereto.

    **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the motion, then within fourteen (14) days from the date of service of this Notice, you or your attorney must:

    1.    File with the Court, at the applicable address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

        Clerk's Office
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, Virginia 23219

    You must also mail a copy to:

        Robert Van Arsdale, Esquire
        Office of the U.S. Trustee
        701 East Broad Street, Suite 4304
        Richmond, Virginia 23219

    2.    If you file such a timely written response, you must also attend a hearing that will be scheduled at a later date.  You will receive separate notice of any such hearing.

Roy M. Terry, Jr., VSB No. 17764
SANDS ANDERSON PC
P.O. Box 2188
Richmond, VA  23218-2188
Telephone: 804.648.1636
 *Chapter 7 Trustee*

**Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within fourteen (14) days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Date: May 15, 2019

                                        */s/ Roy M. Terry, Jr.*
                                        Roy M. Terry, Jr., VSB No. 17764
                                        SANDS ANDERSON PC
                                        P.O. Box 2188
                                        Richmond, VA  23218-2188
                                        Telephone: 804.648.1636
                                          *Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2019, a true copy of the foregoing was delivered by electronic means and/or mailed first class mail, postage fully prepaid, to the parties listed on the attached service list.[1]

                                        */s/ Roy M. Terry, Jr.*

---

[1] In accordance with Local Bankruptcy Rule 5005-1(C)(8), when service is made on more than 25 persons or parties, the service list is not attached to copies served on each of the persons or parties, but is attached to the original Certificate of Service filed with the Court.