**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br>    CATHY MICKENS,<br><br>                Debtor. | Case No.<br>19-31323-KLP<br><br>Chapter 7 |

**SUPPLEMENT TO CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND DEBORAH BACCHUS OF MY DREAM HOME REALTY, INC. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327**

COMES NOW, Lynn L. Tavenner, Substitute Trustee, and files the Supplemental Chapter 7 Trustee's Application to Retain BK Global Real Estate Services and Deborah Bacchus of My Dream Home Realty, Inc. to Procure Consented Public Sale Pursuant to 11 U.S.C. § 327 (the "Application") filed on May 15, 2019 by the former Trustee, Roy M. Terry and states as follows:

1. On or about June 28, 2019, I was substituted as the Trustee in this case.

2. Since such date I have endeavored to promptly and efficiently undertake my duties as Trustee and in furtherance of the same have reviewed the Application filed by Mr. Terry and noticed upon requested parties.

3. In accordance with the same, I believe it prudent to tender an order approving the

---

Lynn L. Tavenner, Trustee
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

Application given that all objection periods have expired and no objections or requests for hearing were filed.

WHEREFORE, based upon the foregoing, as the existing Trustee, I intend to move forward with the Application process and tender an order approving the same, in order to further the market process as delineated in the Application.

LYNN L. TAVENNER, TRUSTEE

By: */s/ Lynn L. Tavenner*
      Trustee

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify that on this 18th day of October 2019, a true copy of the foregoing Application was sent electronically to:

| | |
|---|---|
| Robert B. Van Arsdale, Esquire | Christopher John Flynn |
| Office of the United States Trustee | Boleman Law Firm |
| 701 East Broad Street, Suite 4304 | PO Box 11588 |
| Richmond, Virginia 23219-1885 | Richmond, VA 23230 |

And all other parties receiving ECF notices in this case.

*/s/Lynn L. Tavenner*
Lynn L. Tavenner, Trustee
