**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Case No. 19-31323- KLP** |
| **Cathy Mickens** | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**REAL ESTATE AGENTS  PURSUANT TO 11 U.S.C. § 327**

**THIS MATTER** came before the U.S. Bankruptcy Court, pursuant to the Trustee's Application to Employ BK Global Real Estate Services and Deborah Bacchus of My Dream Home Realty, Inc., pursuant to 11 U.S.C. § 327 and the Supplement filed thereto. The Court, having reviewed the Application to Retain BK Global Real Estate Services and Deborah Bacchus of My Dream Home Realty, Inc. and the Supplement, hold that the agents have no interest adverse to the estate, and are disinterested parties as required by 11 U.S.C. §327(a), and having determined that the employment of a real estate broker and it's associated  local agent is necessary and in the best interest of the estate, does:

IT IS ORDERED that the Application is GRANTED;

IT IS ORDERED that the employment of BK Global Real Estate Services and Deborah Bacchus of My Dream Home Realty, Inc. is APPROVED; AND

IT IS ORDERED that the *Listing Agreement* by and between the Chapter 7 Trustee and BK Global Real Estate Services, is APPROVED and the Substitute Trustee, Lynn L. Tavenner is authorized to take all necessary actions related thereto on behalf of the bankruptcy estate of Cathy Mickens.

Lynn L. Tavenner, Trustee
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

*Lynn L. Tavenner, Chapter 7 Trustee*

**IT IS ORDERED** that compensation to BK Global Real Estate Services and Deborah

Bacchus of My Dream Home Realty, Inc., shall be paid and expenses reimbursed as awarded by

the Court upon proper application or in conjunction with an Order entered by the Court

approving the sale of the real property at issue.

DATE: Oct 22 2019                           /s/ Keith L. Phillips
                                            _____
                                            KEITH L. PHILLLIPS
                                            UNITED STATES BANKRUPTCY COURT

                                            Entered to the Docket: Oct 22 2019

I ask for this:

/s/Lynn L. Tavenner
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
        *Chapter 7 Trustee*

Seen and not objected to:

/s/ *Robert B. Van Arsdale (Permission to affix signature received via email dated 1*0/9/19)
Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004
        *Assistant United States Trustee*

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

I hereby certify that on this 18th day of October, 2019 all necessary parties have
endorsed the foregoing Order.

                                            /s/Lynn L. Tavenner
                                            _____
                                            Lynn L. Tavenner, Esquire (Va. Bar No. 30083)

PARTIES TO RECEIVE COPIES:

Robert B. Van Arsdale
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Cathy Mickens
2621 Reba Court
Glen Allen, VA  23060

Veronica D. Brown-Moseley, Esquire
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230

Crystal Dowe and Mwanza Goulding
11443 145th Street
Jamaica, NY  11436

Gene T. Anton, Esquire
Law Office of Gene T. Anton
775 Park Avenue, Suite 255
Huntington, NY  11743