United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In Re:                                                    BCN#: 19-31323-KLP
Cathy Mickens                                             Chapter: 7
          Debtor
Nationstar Mortgage LLC d/b/a Mr. Cooper
or present noteholder,
          Movant/Secured Creditor,

v.
Cathy Mickens
          Debtor
and
Lynn L. Tavenner
          Trustee
          Respondents

### Order Granting Relief From Stay

Upon consideration of the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper to modify the automatic stay; it is

Ordered that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 11443 145Th Street, Jamaica, NY 11436, and is more particularly described as follows:

ALL that certain plot, piece or parcel of land, situate, lying, and being in the Fourth Ward of the

Gregory N. Britto, Esquire
VSB #23476
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Nicole McKenzie, Esquire
VSB #93990
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
19-281074

Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of 145th Street, distant 299 feet 10 inches southerly from the corner formed by the intersection of the easterly side of 145th Street with the southerly side of 114th Avenue;

RUNNING THENCE easterly and parallel with the southerly side of 114th Avenue and part of the distance through a party wall, 100 feet;

THENCE southerly and parallel with the easterly side of 145th Street, 14 feet 2 inches;

THENCE westerly and again parallel with the southerly side of 114th Avenue and again part of the distance through a party wall, 100 feet;

THENCE northerly along the easterly side of 145th Street, 14 feet 2 inches to the point or place of BEGINNING.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such

action under state law, as may be necessary, to obtain possession of the property.

  Movant shall forbear exercising the relief from stay for a period of 120 days from the date of

the entry of this order to allow Trustee, Lynn L. Tavenner, time to attempt to sell the property.

Trustee, Lynn L. Tavenner, shall have the right, before the time period has elapsed, to request from the

court an extension of this time.

Nov 13 2019
_____
Date

/s/ Keith L. Phillips
_____
The Honorable Judge Keith L. Phillips
United States Bankruptcy Judge

Notice of Judgment or
Order Entered on Docket _____  Nov 14 2019

I ask for this:

/s/ Mary F. Balthasar Lake
_____
Gregory N. Britto, Esquire
William M. Savage, Esquire
Malcolm B. Savage, III, Esquire

Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Counsel for Movant


Seen:

/s/ Lynn L. Tavenner with Express Permission

_____
LYNN L. TAVENNER, Trustee

I certify that I have served the proposed Order upon all necessary parties to the action by first class mail, postage prepaid, on the _____12th_____ day of _____November_____, 2019.

/s/ Mary F. Balthasar Lake

_____
Gregory N. Britto, Esquire
William M. Savage, Esquire
Malcolm B. Savage, III, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Counsel for Movant

Copies of this order are to be sent to:

Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320

Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

Lynn L. Tavenner
20 North Eighth Street, Second Floor
Richmond, VA 23219

Cathy Mickens
2621 Reba Court
Glen Allen, VA 23060


**<u>CERTIFICATION</u>**

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.


/s/ Mary F. Balthasar Lake


_____
Gregory N. Britto, Esquire
William M. Savage, Esquire
Malcolm B. Savage, III, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Attorney for Movant


**<u>CERTIFICATION</u>**


Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.


/s/ Mary F. Balthasar Lake


_____
Gregory N. Britto, Esquire
William M. Savage, Esquire
Malcolm B. Savage, III, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Attorney for Movant


19-281074